ACCEPTED
14-15-00369-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 3:29:17 PM
CHRISTOPHER PRINE
CLERK



County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

## CHRIS DANIEL DISTRICT CLERK

Case: 201453135-7     Trans ID: 208456639     Court: 234

Action : ----- PAYMENT ON ACCOUNT -----

Style     PLT: FLEMING & ASSOCIATES L L P (N/K/A FLEMIN
          DEF: KIRKLIN, CHARLES

| Fee | Description | Amount |
|-----|-------------|--------|
| 119 | TRANSCRIPT | $771.00 |

Comment:

Payment    Check
Amount Tendered                                    $771.00
Payment Amount                                     $771.00
Amount Applied                                     $771.00
Change Amount                                      $0.00

Received    FLEMING NOLEN & JEZ LLP (F/N/A    T0037330
            FLEMING&ASSOC LLP)
Of          2800   POST OAK BLVD 4000
            HOUSTON, TX  77056  6109

SEVEN HUNDRED SEVENTY ONE  AND 00/100
****************************Dollars

Payment Date  6/23/2015                    File Date:

Assessed By: CEDILLO, ANGELICA
Validated: 6/23/2015      By :LEE, SHEMEKA R

**CUSTOMER COPY**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/23/2015 3:29:17 PM

CHRISTOPHER A. PRINE
Clerk





MAY 13, 2015

ATTN: MARY MARUSIK AS PER REQUEST 6-18-15
SYLVIA DAVIDOW TBN# 05430551
FLEMING NOLEN & JEZ LLP
2800 POST OAK BLVD STE 4000
HOUSTON, TX 77056
PH: 713-621-7944
FX: 713-621-9638

SECOND SEND 6-18-15
SENT VIA: FAX ONLY

Re: No. 2014-53135

**Dear Customer:**

This letter is to inform you of the balance, which represents the cost to our office of preparing, at your request, the **Original Clerk's Record** in the above numbered case. Rule (35.3) of the Texas Rules of Appellate Procedure requires that payment of this cost be remitted to our office prior to forwarding the clerk's record to the Court of Appeals.

| | | |
|---|---|---|
| **ORIGINAL CLERKS RECORD** | $2671.00 | |
| LESS DEPOSIT PAID | - $1900.00 | |
| | | |
| DELIVERED TO THE **14TH** COURT OF APPEALS | | |
| BALANCE DUE | $771.00 | |

You may remit your payment in the form of attorney or law firm check, money order or cashier's check, payable to Chris Daniel, District Clerk, by mailing to: Chris Daniel, District Clerk, Attn: Civil/Family Post Trial, P.O. Box 4651, Houston, TX 77210-4651.

Payment also may be remitted in person at the following location: Chris Daniel, District Clerk, Civil/Family Post Trial, 201 Caroline, Room 250, Houston, TX 77002.

Please be informed that this correspondence is the only notice you will receive from this office regarding this payment.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**

AP1 R04-30-92